ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| FedQuest Solutions, Inc. | ) ASBCA No. 62824 |
| | ) |
| Under Contract No. W912HP-17-F-6001 | ) |

APPEARANCE FOR THE APPELLANT:            Seth A. Robbins, Esq.
                                                                           Robbins Law Group, PLLC
                                                                           Arlington, VA

APPEARANCE FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
                                                                           Engineer Chief Trial Attorney

ORDER OF DISMISSAL

Appellant notified the Board by letter dated March 16, 2021, that the Contracting Officer had rescinded the contracting officer's final decision (COFD). Absent bad faith, rescission of the COFD leaves no claims for us to adjudicate, mooting the appeal. *Combat Support Assocs.*, ASBCA No. 58945, 16-1 BCA ¶ 36,288 at 176,974.

By Order dated March 19, 2021, the Board informed the parties that it intended to dismiss this appeal unless either party objected within 14 days of that Order. The Board received no objection from either party.

Accordingly, the appeal is dismissed as moot.

Dated: April 13, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62824, Appeal of FedQuest Solutions Inc., rendered in conformance with the Board's Charter.

Dated: April 13, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals